# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2012

Robert P. Young, Jr.,
Chief Justice

145101

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONALD EBRAHIMI,
      Defendant-Appellant.

SC: 145101
COA: 305747
Eaton CC: 11-000404-AR

_____/

      On order of the Court, the application for leave to appeal the March 16, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2012

_____
Clerk

p1017